TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED US District Court-UT
JUN 22 '22 PM12:49

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES JOSEPH HUMPHREYS,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATION:<br><br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. |

Case: 2:22-cr-00226
Assigned To : Parrish, Jill N.
Assign. Date : 6/22/2022

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearm)

On or about September 15, 2021, in the District of Utah,

CHARLES JOSEPH HUMPHREYS,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a

//

//

Glock Model 43 9mm caliber pistol, and the firearm was in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MICHAEL J. THORPE
Assistant United States Attorney